# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 08-CV-02023-MSK-MJW

MICHAEL E. GRAUBERGER,

Plaintiff,

v.

UNION PACIFIC RAILROAD COMPANY,
a Delaware corporation,

Defendant.

## ORDER GRANTING DEFENDANT UNION PACIFIC RAILROAD COMPANY'S UNOPPOSED MOTION TO VACATE SETTLEMENT CONFERENCE
( Docket No. 25 )

Upon consideration of the Defendant's Unopposed Motion to Vacate Settlement Conference, said Motion is hereby GRANTED, and it is

ORDERED that the settlement conference currently scheduled for Wednesday, March 25, 2009, is hereby VACATED. (X)

DATED this 17th day of March, 2009.

(X) Further Ordered
That the parties
shall file a written
status report on or
before May 18, 2009
on the mediation That
will be conducted by Judge
Boacheas on May 13, 2009.

BY THE COURT,

Michael J. Watanabe
United States Magistrate Judge