IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02023-MSK-MJW

MICHAEL E. GRAUBERGER,

    Plaintiff,

v.

UNION PACIFIC RAILROAD COMPANY,
a Delaware corporation

    Defendant.

---

**ORDER AMENDING SCHEDULING ORDER**
( Docket No 33 )

---

The above-captioned matter came on before the Court upon the parties' Joint Motion to Amend Scheduling Order. Upon review of the motion, and good cause appearing thereby, it is hereby ORDERED:

1. That the Motion to Amend the Scheduling Order is GRANTED.

2. That Plaintiff shall designate all experts on or before June 8, 2009.

3. That Defendant shall designate all experts on or before July 24, 2009.

4. All other dates and deadlines set for the in the Scheduling Order filed December 2, 2008 shall remain unchanged by this ORDER.

DATED this 20th day of May, 2009.

                        BY THE COURT,

                        _____
                        Michael J. Watanabe
                        United States Magistrate Judge